# United States District Court
## Violation Notice
(Rev. 1/2018)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WNI 24 | 9543759 | SIGLER | 280 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 04/10/2026 1545HRS
Offense Charged: ☐ CFR ☐ USC ☐ State Code: 32 CFR PT. 634, 25(A) RCW 46.61.015

Place of Offense: NBK BREMERTON BARCLAY STREET AND FARRAGUT AVE.

Offense Description: Factual Basis for Charge: FAILURE TO OBEY POLICE OFFICER  HAZMAT ☐

### DEFENDANT INFORMATION   Phone: (253) 225-3492

| Last Name | First Name | M.I. |
|---|---|---|
| DEESE | WAYNE | M |

Tag No.: CMN5511   State: WA   Year: 12   Make: VW   Model: JETTA   Color: WHT

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$500.00   Forfeiture Amount
+ $30   Processing Fee
$530.00   Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:                Date:
                              Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9543759*

CVB SCAN 05/12/2026 16:29

---

(For issuance of an arrest warrant or summons)

I state that on 10 APR 20 26 while exercising my duties as a law enforcement officer in the WESTERN District of WASHINGTON

SEE ATTACHED

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/10/2026
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/12/2026 16:29